UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-cv-751-D

| | |
|---|---|
| JACKIE BLUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITHOUT PREJUDICE** |
| CEDARWOOD ASSOCIATES and XUE ) | |
| LIANG ZHENG, ) | |
| ) | |
| Defendants. ) | |

NOW COME the Plaintiff and Defendant Cedarwood Associates, by and through their attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and stipulate to the dismissal <u>without</u> prejudice of the Plaintiff's complaint against Defendant Cedarwood Associates.

Respectfully submitted, this the 19th day of June, 2017.

<u>/s/ Christopher D. Lane</u>
CHRISTOPHER D. LANE
N.C. State Bar No. 20302
3802-A Clemmons Road
Clemmons, NC 27012
Telephone: 336-766-0229
Facsimile: 336-766-9145
Email: chrislanelaw@gmail.com
*Attorneys for Plaintiff*

<u>/s/ Katie Weaver Hartzog</u>
KATIE WEAVER HARTZOG
N.C. State Bar No. 32989
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919-828-5100
Fax: 919-828-2277
E-mail: khartzog@cshlaw.com
*Attorney for Defendant Cedarwood Associates*

1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 19, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following: Katie Weaver Hartzog, Attorney for Defendant Cedarwood Associates, address below, and I hereby certify that I have mailed the document via First Class Mail to the following non CM/ECF participants: none

 Katie Weaver Hartzog
 Cranfill Sumner & Hartzog
 5420 Wade Park Blvd., Suite 300
 Raleigh, NC 27607
 Khartzog@cshlaw.com
 *Attorney for Defendant Cedarwood Associates*

                /s/ Christopher D. Lane
                Christopher D. Lane
                NC State Bar No.: 20302
                *Attorney for Plaintiff*
                3802-A Clemmons Rd.
                Clemmons, NC 27012
                Telephone: (336) 766-0229
                Facsimile: (336) 766-9145
                Email: chrislanelaw@gmail.com